IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01144-WYD-CBS

DANIEL FALCO, an individual; and
JASON VESTAL, an individual,

     Plaintiffs,

v.

YRC INC., f/k/a Roadway Express, Inc., a Delaware corporation;
TEAMSTERS LOCAL UNION 961, a Colorado unincorporated association; and
DOES 1-25,

     Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     In light of the Amended Complaint [doc. #17], filed June 22, 2009, the "Motion to Dismiss from Defendant YRC Inc. Pursuant to F.R.P.C. [sic] Rule 12(b)(6)" [doc. #7], filed May 26, 2009, and "Defendant Teamsters Local Union 961's Motion to Dismiss" [doc. #8], filed May 26, 2009, are **DENIED AS MOOT WITHOUT PREJUDICE**. "Defendant Teamsters Local Union 961's Renewed Motion to Dismiss, and Reply to Plaintiffs' Combined Response to Defendant's Motion to Dismiss" [doc. #27], filed July 10, 2009, is **STRICKEN** with leave to refile as a renewed motion to dismiss. D.C.COLO.LCivR 7.1(C) provides , "A motion shall not be included in a response or reply to the original motion.  A motion shall be made in a separate paper."

     Dated:  July 13, 2009.