IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01144-WYD-CBS

DANIEL FALCO,
an individual; and
JASON VESTAL,
an individual

    Plaintiffs,

v.

YRC INC., f/k/a Roadway Express, Inc., a Delaware corporation;
TEAMSTERS LOCAL UNION 961, a Colorado unincorporated association;
and DOES 1-25,

    Defendants.

## ORDER

IT IS HEREBY ORDERED that Plaintiffs' "Unopposed Motion to Amend Scheduling Order" (*doc. # 44*) is GRANTED. The Scheduling Order entered August 18 2009, is hereby amended as follows:

### 8. CASE PLAN AND SCHEDULE

a.    Deadline for Joinder of Parties and Amendment of Pleadings: [No change.]

b.    Discovery Cut-off:  Discovery shall be completed by March 1, 2010.

c.    Dispositive Motion Deadline:  Any additional dispositive motions shall be filed by March 30, 2010.

d.    Expert Witness Disclosure.  The parties shall disclose all affirmative expert witnesses by or before November 30, 2009, and the parties shall disclose disclosure of any rebuttal experts by December 29, 2009.

      e.      Deposition Schedule: [No change]

      f.      Interrogatory Schedule.  Any interrogatories shall be served no later than January 27, 2009.

      g.      Schedule for Request for Production of Documents.  Any requests for production shall be served no later than January 27, 2009.

      h.      Discovery Limitations.  [No change]

*All deadlines previously set by this Court, not modified herein, remain in effect.*

DATED at Denver, Colorado, this 18th day of November, 2009.

      BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge